JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VELASQUEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　Respondent. | Case No. CV 14-3216 GHK (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 7/10/14

　　　　　　　　　　　　　　　　　　　HON. GEORGE H. KING
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE